

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF MONAHANS, TEXAS, | § | No. 08-21-00088-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| SOUTHWESTERN BELL TELEPHONE COMPANY d/b/a AT&T TEXAS, | § | of Ward County, Texas |
| Appellee. | § | (TC# 19-11-25253-CVW) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF NOVEMBER , 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.